UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 JAN 31 PM 4: 05
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

FRANKLIN EUGENE GODWIN,

    Plaintiff/Counter Defendant,

v.                                   Case No. 3:11-cv-497-J-20MCR

MINNESOTA LIFE INSURANCE
COMPANY,

    Defendant/Counter Plaintiff.
_____/

### ORDER

This matter is before this Court on Defendant's Notice of Settlement (Dkt. 13). Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to close this case.

DONE AND ENTERED at Jacksonville, Florida, this 31 day of January, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
John S. Cooper, Esq.
Kristina B. Pett, Esq.