UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 JAN 31 PM 4: 05
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

FRANKLIN EUGENE GODWIN,

    Plaintiff/Counter Defendant,

v.

Case No. 3:11-cv-497-J-20MCR

MINNESOTA LIFE INSURANCE
COMPANY,

    Defendant/Counter Plaintiff.

_____/

## O R D E R

This matter is before this Court on Defendant's Notice of Settlement (Dkt. 13). Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 3/1 day of January, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
John S. Cooper, Esq.
Kristina B. Pett, Esq.